[No. 8,685.—Department One.]
November 27, 1882.

## JAMES KITTS v. THE SUPERIOR COURT OF NEVADA COUNTY.

JURISDICTION—APPEAL FROM JUSTICE'S COURT—AMENDMENT OF COMPLAINT—CERTIORARI.—Certiorari to review an order of the Superior Court allowing the plaintiff to amend his complaint in the case appealed from the Justice's Court. *Held:* There was no excess of jurisdiction.

APPLICATION for writ of certiorari to the Superior Court of Nevada County.

The complaint in the Justice's Court was an account entitled "Mr. James Kitts to Wm. Seaman, Dr." The amended complaint alleged an indebtedness from the defendant to the plaintiff and one "K." as partners, and an assignment by "K." to the plaintiff.

*Dibble & Kitts,* for Plaintiff.

The Superior Court can not allow amendments in appealed cases. (*People ex rel. Jones* v. *The County Court of El Dorado Co.,* 10 Cal. 19; *Santa Cruz* v. *Santa Cruz R. R. Co.,* 6 P. C. L. J. 473; *Gould et al., Com. of Highways,* v. *Glass,* 19 Barb. 179; *Fowler* v. *Hyland et al.,* 12 N. W. Reporter, 26; *Cross et al.* v. *Eaton,* id. 35; *Rickey* v. *Superior Court Nevada Co.,* 59 Cal. 661; *S. P. R. R. Co.* v. *Superior Court of Kern Co.,* 59 id. 471.

The COURT:

The petition here discloses no excess of jurisdiction on the part of the Superior Court.

Writ denied.